McCRARY ᴇᴛ ᴀʟ. *v.* ALADDIN RADIO
INDUSTRIES, INC., ᴇᴛ ᴀʟ.

No. 116.   Decided October 14, 1957.

*Albert Williams, Cecil D. Branstetter* and *Jerome A. Cooper* for petitioners.

*J. Paschall Davis* and *Walton H. Hamilton* for respondents.

Pᴇʀ Cᴜʀɪᴀᴍ.

The petition for writ of certiorari is granted. The judgment of the Court of Appeals of Tennessee, Middle Division, is vacated and the case is remanded for consideration in the light of *Teamsters Union* v. *Kerrigan Iron Works,* 353 U. S. 968.

Mʀ. Jᴜsᴛɪᴄᴇ Bʟᴀᴄᴋ took no part in the consideration or decision of this case.